PER CURIAM.
Affirmed on the authority of Gables Racing Assoc., Inc. v. Persky, 1940, 148 Fla. 627, 6 So.2d 257; Enstrom v. Dunning, 1939, 136 Fla. 253, 186 So. 806; Blackburn v. Florida West Coast Land & Development Co., Fla.App.1959, 109 So.2d 413; Hallam v. Gladman, Fla.App.1961, 132 So.2d 198; Ennis v. Warm Mineral Springs, Inc., Fla.App.1967, 203 So.2d 514; Jonas v. City of West Palm Beach, 1918, 76 Fla. 66, 79 So. 438; and F.S.1965, Section 66.16, F.S.A. (now F.S.1967, Section 65.061(1), F.S.A.)
REED and OWEN, JJ., and DOWNEY, JAMES C., Associate Judge, concur.